# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136797 & (56)

GWANJUN KIM,
      Plaintiff/Counter-
      Defendant-Appellant,

and

KEESOO KIM,
      Plaintiff,

v

                          SC: 136797
                          COA: 277362
RONALD C. WERNETTE, JR., and     Kent CC: 07-000187-CZ
BON GOU LEE,
      Defendants/Counter-
      Plaintiffs-Appellees.
_____/

      On order of the Court, the application for leave to appeal the May 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

d1020

                         Clerk